Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
May 19, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: May 19, 2021

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jerry Rossi<br><br><br><br>debtor(s) | Chapter 13 Case No. 21-40377-WJL13<br><br>Hearing: 05/13/2021<br>Time: 1:30 p.m.<br>Courtroom: Zoom Videoconference |

## ORDER OF DISMISSAL WITH A 24 MONTH BAR TO REFILING

The Chapter 13 Trustee's Motion to Dismiss with a 24-Month Bar to Refiling was heard, the Honorable William J. Lafferty presiding. Appearances were stated on the record.

Good cause appearing and for the reasons stated on the record:

This case is dismissed. The Debtor is prohibited from filing another case under the Bankruptcy Code for 24 months from the entry of this order.

END OF ORDER

## COURT SERVICE LIST

Jerry Rossi
715 4th St.
Oakland, CA 94607